1  Walter F. Brown (SBN: 130248)
2  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile: (626) 232-3101
5  wbrown@paulweiss.com

6  [Additional Counsel on Signature Page]

7  *Attorneys for Defendants*
   Frank E. Dangeard, Kenneth Y. Hao, David
8  W. Humphrey, David L. Mahoney, Anita M.
   Sands, Daniel H. Schulman, V. Paul Unruh,
9  Suzanne M. Vautrinot, Robert S. Miller,
   and Geraldine B. Laybourne

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUYE LEE, derivatively on behalf of SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY S. CLARK, FRANK E. DANGEARD, KENNETH Y. HAO, DAVID W. HUMPHREY, DAVID L. MAHONEY, ANITA M. SANDS, DANIEL H. SCHULMAN, V. PAUL UNRUH, SUZANNE M. VAUTRINOT, NICHOLAS R. NOVIELLO, MARK S. GARFIELD, ROBERT S. MILLER, and GERALDINE B. LAYBOURNE,<br><br>Defendants,<br><br>and<br><br>SYMANTEC CORPORATION,<br><br>Nominal Defendant. | Civ. No. 3:19-cv-02522-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DERIVATIVE ACTION WITH PREJUDICE AS TO NAMED PLAINTIFF**<br><br>The Hon. William Alsup |

- 1 -
STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DERIVATIVE ACTION
WITH PREJUDICE AS TO NAMED PLAINTIFF – CASE NO. 3:19-CV-02522-WHA

This Stipulation of Dismissal of Derivative Action with Prejudice as to Named Plaintiff ("Stipulation") is entered into between and among the following parties, by and through their respective counsel: (i) Guye Lee ("Plaintiff"); (ii) individual defendants Daniel H. Schulman, V. Paul Unruh, Frank E. Dangeard, Kenneth Y. Hao, Anita M. Sands, David W. Humphrey, David L. Mahoney, Suzanne M. Vautrinot, Robert S. Miller, Geraldine B. Laybourne, Gregory S. Clark, Nicholas R. Noviello, and Mark Garfield (the "Individual Defendants"); (iii) and nominal defendant Gen Digital Inc. f/k/a Symantec Corporation (the "Company," collectively with the Individual Defendants, "Defendants," and together with the Plaintiff, the "Parties"):

WHEREAS, on January 4, 2023, the parties in a related stockholder derivative action pending in the Delaware Court of Chancery, entitled *In re Symantec Corp. S'holder Derivative Litigation*, C.A. No. 2019-0224-JTL (Del. Ch.) (the "Chancery Action"), entered into a Stipulation and Agreement of Settlement, Compromise and Release (the "Settlement");

WHEREAS, Plaintiff appeared in the Chancery Action and objected to the Settlement;

WHEREAS, notice of the Settlement was provided to all current Company stockholders;

WHEREAS, on April 14, 2023, the Delaware Court of Chancery held a hearing to consider whether the Settlement should be approved and, among other things, heard oral argument on Plaintiff's objection. A copy of the transcript of that hearing is attached hereto as Exhibit A;

WHEREAS, on May 4, 2023, the Delaware Court of Chancery issued a bench ruling, finding that the Settlement should be approved in all respects, including as to notice of the Settlement to all stockholders, and overruling Plaintiff's objection. A copy of the transcript of that bench ruling is attached hereto as Exhibit B;

WHEREAS, by order dated May 4, 2023, the Chancery Action was dismissed in its entirety and with prejudice (the "Dismissal").  A copy of that order is attached hereto as Exhibit C;

WHEREAS, the Settlement and Dismissal preclude Plaintiff's claims in this action under the doctrine of *res judicata*; and

WHEREAS, by stipulated order dated May 12, 2023, the court presiding over a related federal derivative action in the United States District Court for the District of Delaware so-ordered a similar dismissal of that action in light of the Chancery Action Dismissal.  A copy of that order is attached hereto as Exhibit D.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by the parties subject to the Court's approval that:

1. The above-captioned action is hereby DISMISSED WITH PREJUDICE AS TO PLAINTIFF ONLY, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(1)(A)(ii).

2. Separate notice to Company stockholders of this Dismissal is not required because current Company stockholders received notice of the Settlement and had the opportunity to object to the Settlement at the April 14, 2023 hearing.

3. Each party shall bear his, her, or its own costs, expenses, and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated: May 30, 2023 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By: */s/ Walter F. Brown*<br>Walter F. Brown |
| 4 | | |
| 5 | | *Attorneys for Defendants Frank E. Dangeard, Kenneth Y. Hao, David Humphrey, Geraldine B. Laybourne, David L. Mahoney, Robert S. Miller, Anita M. Sands, Daniel H. Schulman, V. Paul Unruh, and Suzanne M. Vautrinot* |
| 6 | | |
| 7 | Dated: May 30, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | | By: */s/ Susan D. Resley*<br>Susan D. Resley |
| 9 | | |
| 10 | | *Attorney for Defendants Gregory S. Clark and Nicholas R. Noviello* |
| 11 | Dated: May 30, 2023 | WILSON SONSINI GOODRICH & ROSATI PROFESSIONAL CORPORATION |
| 12 | | |
| 13 | | By: */s/ Caz Hashemi*<br>Caz Hashemi |
| 14 | | |
| 15 | | *Attorneys for Gen Digital Inc. (formerly Symantec Corporation)* |
| 16 | Dated: May 30, 2023 | EHRLICH & CRAIG |
| 17 | | By: */s/ Miles F. Ehrlich*<br>Miles F. Ehrlich |
| 18 | | *Attorney for Mark S. Garfield* |
| 19 | Dated: May 30, 2023 | GLANCY PRONGAY & MURRAY LLP |
| 20 | | By: */s/ Pavithra Rajesh*<br>Pavithra Rajesh |
| 21 | | |
| 22 | | *Counsel for Plaintiff* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: **June 12, 2023**

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DERIVATIVE ACTION
WITH PREJUDICE AS TO NAMED PLAINTIFF – CASE NO. 3:19-CV-02522-WHA

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Walter F. Brown, am the ECF User whose identification and password are being used to file this STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories concur in this filing.

Dated:  May 30, 2023                                              */s/ Walter F. Brown*
                                                                              Walter F. Brown